**RECEIVED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/27/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE – OPELOUSAS DIVISION

| | | |
|---|---|---|
| JODY L. CLARK | * | CIVIL ACTION NO.: 6:07-CV-1306 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: HAIK |
| TOTAL ELECTRIC SERVICE | * | |
| and SUPPLY COMPANY, et al. | * | MAGISTRATE JUDGE: METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

CONSIDERING the foregoing Stipulation for Dismissal and Certificate of No Opposition;

IT IS ORDERED that the Stipulation for Dismissal be filed into the suit record as prayed for.

RENDERED AND SIGNED this 26th day of September, 2007, at Lafayette, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

4